**Order filed, May 05, 2015.**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-15-00018-CR**

———————

**QUINCY  LEE  JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1400858**

## ORDER

The reporter's record in this case was due **February 17, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gail Rolen**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM